**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6635**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DONALD JEROME FIELDS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. William L. Osteen, District Judge. (CR-00-405)

———————

Submitted: September 14, 2005      Decided: October 4, 2005

———————

Before LUTTIG and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Donald Jerome Fields, Appellant Pro Se. Angela Hewlett Miller, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald Jerome Fields, a federal prisoner, appeals the district court's order denying his motion for a new trial pursuant to Fed. R. Crim. P. 33.  We have reviewed the record and find no reversible error.  Accordingly, we deny Fields's motion requesting transcripts and affirm on the reasoning of the district court.  <u>See</u> <u>United States v. Fields</u>, No. CR-00-405 (M.D.N.C. April 8, 2005).  We grant Fields leave to proceed in forma pauperis on appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>